

# Fourth Court of Appeals
## San Antonio, Texas

July 2, 2018

No. 04-18-00434-CR

**IN RE** John C. **DOMINGUEZ**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:        Sandee Bryan Marion, Chief Justice
                  Karen Angelini, Justice
                  Patricia O. Alvarez, Justice

On June 28, 2018, relator filed a petition for writ of mandamus. After considering the petition, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on July 2, 2018.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of July, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2013-CR3592, styled *The State of Texas v. John C. Dominguez*, pending in the 226th Judicial District Court, Bexar County, Texas, the Honorable Sid L. Harle presiding.